to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

THE CUNEO EASTERN PRESS, INC., Appellant, v. BARNETT ASTROWSKY and Others, Respondents, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

MORRIS GERBER, Appellant, v. GUSSIE GERBER, Respondent.— Motion for stay denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of HARRIET M. ELLIS for Payment of Award Made for Parcels Nos. 192 and 195 on the Damage Map, etc., in the Proceeding to Acquire Title for an Addition to Dyker Beach Park, etc., in the Borough of Brooklyn, etc. PAULINE S. SPARROW, Appellant; HARRIET M. ELLIS, Respondent.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of HARRIET M. ELLIS for Payment of Award Made for Parcels Nos. 192 and 195 on the Damage Map, etc., in the Proceeding to Acquire Title for an Addition to Dyker Beach Park, etc., in the Borough of Brooklyn, etc. PAULINE S. SPARROW, Appellant; HARRIET M. ELLIS, Respondent.— Motion granted and time extended to October term. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of HONOUR B. GELSON, Appellant, for a Peremptory Order of Mandamus against CHARLES W. BERRY, as Comptroller of the City of New York, and as Custodian of the Teachers' Retirement Fund, and THE TEACHERS' RETIREMENT BOARD, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of LYMAN DENISON, Appellant, to Revoke Letters of Administration Issued to SARAH MAHONEY, on the Goods, Chattels and Credits of ELIZABETH KOCZEWSKY, Deceased. SARAH MAHONEY, as Administratrix, etc., Respondent.— This court dispenses with the printing of Exhibits Nos. 11, 12, 13, 14, 15, 16, 29, 30, 31, 32, 34, 35, 36, 37, 44, 45, 46, 47, 48, 49, 50, 51 and 52, the originals of which may be produced upon the argument. The marriage, baptismal and death certificates, the certificate of the board of health and the records of the Bank for Savings need not be printed in full, but the record should contain a statement of their contents. This may be stipulated by counsel. Motion for stay granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of JOHN ROTH, Respondent, against HENRY L. CONNELL and Others, Constituting the Board of Standards and Appeals, Appellants.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of LOUISE SCHUSTER, Respondent, for a Construction of the Last Will and Testament of GEORGE SCHUSTER, Deceased, for an Order Directing the Executors to Execute the Power of Sale Referred to Therein. ELSIE RONAN and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of LOUISE SCHUSTER, Respondent, for a

Construction of the Last Will and Testament of GEORGE SCHUSTER, Deceased, for an Order Directing the Executors to Execute the Power of Sale Referred to Therein. ELSIE RONAN and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

GEORGE H. JACKSON, Appellant, v. THE EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LIMITED, Respondent.— Motion granted and the printing of appeal book, Exhibit 2, dispensed with. Either party may use or refer to the printed copy on argument. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

Mrs. MARCUS J. KATZ, Respondent, v. SACUL REALTY Co., INC., Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

MEYER KRAUSHAAR and EMANUEL CELLER, Appellants, v. SOLWIN W. SMITH and SMITH OF WHITEHALL, INC., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

LAND FINANCE CORPORATION, Respondent, v. FRANK GIORGIO, JR., Trustee in Bankruptcy of the NOX REALTY CORPORATION, Appellant, and Others, Defendants.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

SIMON J. LAPOF, Respondent, v. LINA POSTULNICK and ABRAHAM POSTULNICK, Appellants, and A. POSTULNICK REALTY CORPORATION, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Appeals from orders dated August 13, 1930, and August 23, 1930, respectively, were dismissed, for the reason, as stated in the decision, that they had been abandoned. In appellants' brief, submitted to this court upon the original appeal, the following statement appeared: " Appellants do not urge error in the making of the orders of Mr. Justice Humphrey and Mr. Justice Dodd." These were the orders of August 13 and August 23, 1930. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

MARY O'KEEFE, as Administratrix, etc., of THOMAS P. O'KEEFE, Deceased, Respondent, v. WILLIAM HALSTEAD, Defendant. JOHN HERBERT KING and Others, Appellants.— Motion to resettle order denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

ADRIAN M. POTTER, Respondent, v. MORRIS DIAMOND and Others, Appellants. — Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

ADRIAN M. POTTER, Respondent, v. MORRIS DIAMOND and Others, Appellants. — Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

ANNA SCHAFFER, Respondent, v. JACOB SCHAFFER, Appellant, and WILLIAM SCHAFFER and Others, Defendants.— Motion for stay granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

LOUIS SHAPIRO, INC., Respondent, v. COLONNA HOLDING CORPORATION and